NICHOLAS GROBARZ, APPELLANT, v. G. NOYES SLAYTON, POLICE RECORDER, ETC., RESPONDENT.

Submitted February 11, 1944—Decided March 23, 1944.

For the appellant, *Lewis Winelsky.*

For the respondent, *Reynier J. Wortendyke, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.